## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA          :
                                  :
                  v.              :          Case Nos. 1:17-cr-00106-GLR
                                  :                    1:17-cr-00638-GLR
WAYNE EARL JENKINS                :

## ORDER

Upon consideration of the Government's Motion for an Extension of Time to File Response

to Defendant's *Pro Se* Motions for Relief Pursuant to 18 U.S.C. § 3582 and Discovery Under Rule

16(a)(1)(c) and for good cause shown, it is this 19th day of December, 2023, hereby

**ORDERED** that the motion is granted; and it is further

**ORDERED** that the government shall respond to defendant's motion no later than January

2, 2024.

_____
GEORGE L. RUSSELL, III
UNITED STATES DISTRICT JUDGE

Copies to:

Wayne Earl Jenkins
Fed. Reg. No. 62928-037
FCI Milan
Federal Correctional Institution
P.O. Box 1000
Milan, MI 48160

Tracy Suhr
Special Assistant United States Attorney
  Acting Under Authority Conferred by 28 U.S.C. § 515
Special Proceedings Division
United States Attorney's Office
  for the District of Columbia
601 D Street, N.W.

Washington, D.C. 20530
(202) 252-6898
Tracy.Suhr@usdoj.gov