# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA     :

                  :

       v.              :     **Case Nos. 1:17-cr-00106-GLR**

                  :              **1:17-cr-00638-GLR**

WAYNE EARL JENKINS       :

## ORDER

Upon consideration of the government's motion for leave to file under seal its response to defendant Wayne Earl Jenkins' *pro se* Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, and good cause shown, it is this _15th_ day of _June_, 2026, hereby

**ORDERED** that the government's motion for leave to file under seal is **GRANTED**. It is

**FURTHER ORDERED** that the government's opposition to defendant's *pro se* Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody is filed **UNDER SEAL**. It is

    **SO ORDERED.**

_____
George L. Russell, III
United States District Chief Judge