IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES                          *

    v.                                 *          Case No. GLR-17-638

WAYNE JENKINS                          *

   *   *   *   *   *   *   *   *   *   *

## ORDER

Upon consideration of the unopposed Motion filed by counsel for

Defendant Wayne Jenkins requesting access to sealed ECF Documents 69, 70 and

78, it is hereby this ___*2nd*___ day of ___*June*___, 2026, ORDERED,

that the Motion is GRANTED.

Attorney C. Justin Brown is hereby granted access to ECF Documents 69,

70 and 78. The Clerk of Court shall promptly effectuate procedures consistent

with this Order.

_____
Judge, U.S. District Court
For the District of Maryland