IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES | * | |
| v. | * | Case No. GLR-17-638 |
| WAYNE JENKINS | * | |

* * * * * * * * * *

ORDER

Upon consideration of the unopposed Motion filed by counsel for Defendant Wayne Jenkins requesting an additional 60 days to Reply to the pending § 2255 Motion (ECF No. 87), it is hereby this 1st day of July, 2026, ORDERED, that the Motion is GRANTED. Jenkins' Reply brief is now due on September 4, 2026. This extension applies to the briefing schedule for the same § 2255 Motion pending in Case No. GLR-17-106.

/s/
George L. Russell, III
Chief Judge, U.S. District Court
for the District of Maryland