Upon review and consideration of Defendant's
Dual Motion to File Reply Under Seal and to Exceed Page Limit for Same and for the
reasons stated therein, it is hereby **ORDERED** this 29th day of July, 2026, that the
requests for relief are **GRANTED**; Defendant's reply shall be **SEALED** and he is permitted
to exceed the page limit established by L.R. 105.3.

_____
George L. Russell, III, U.S. District Chief Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**AT BALTIMORE**

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

JUL 17 2026

_____ FILED
_____ LOGGED
_____ ENTERED
_____ RECEIVED

UNITED STATES OF AMERICA,       )
                                )
        Plaintiff,              )
                                )
v.                              )    Case Nos. 1:17-cr-00106-GLR
                                )              1:17-cr-00638-GLR
WAYNE E. JENKINS,               )
                                )
        Defendant.              )
                                )

**DEFENDANT'S DUAL MOTION TO FILE REPLY UNDER**
**SEAL AND TO ALSO EXCEED THE PAGE LIMIT FOR SAME**

Comes now the Defendant, Wayne Jenkins, and respectfully motions this Court for two things in this pleading: (1) That he be allowed to file this pleading under seal and (2) That he be allowed to exceed the page limit set by L.R. 105.3.

In support of these two requests, Jenkins would state the following:

**A.  Regarding the Motion to Seal**

Throughout the prosecution and later appeals and subsequent litigation in these matters, both the U.S. and the various defense counsels have sought to file pleadings under seal, for obvious reasons related to safety and governmental operations. This continues with this pleading.

The Court has been understanding in this respect all along and Jenkins asks that this lengthy and detailed pleading be no exception to this.