IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | | |
|---|---|---|---|
| UNITED STATES | * | | |
| v. | * | Case Nos. | GLR-17-638<br>GLR-17-106 |
| WAYNE JENKINS | * | | |

*   *   *   *   *   *   *   *   *   *

**ORDER TO SEAL**

The Court having considered the defendant's Motion to Seal, and good cause having been shown, it is this __9th__ day of September, 2026, HEREBY ORDERED, that the motion is GRANTED. The Clerk is directed to place the defendant's filing under seal.

George L Russell III

_______________________________
HONORABLE GEORGE L. RUSSELL, III
United States District Court Chief Judge